# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACERTA PHARMA B.V., ASTRAZENECA UK LIMITED, ASTRAZENECA PHARMACEUTICALS LP, and ASTRAZENECA AB,<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED and CIPLA USA, INC.,<br><br>Defendants. | C.A. No. 24-587-GBW |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on October 18, 2024, true and correct copies of *Defendants Cipla Limited and Cipla USA Inc.'s Initial Disclosures* and *Defendants Cipla Limited and Cipla USA Inc.'s Disclosures Pursuant to Paragraph 3 of the Default Standard for Discovery* were served via electronic mail upon the following counsel:

> MCCARTER & ENGLISH, LLP
> Daniel M. Silver
> Alexandra M. Joyce
> Renaissance Centre
> 405 N. King Street, 8th Floor
> Wilmington, DE 19801

Dated: October 18, 2024

**K&L GATES LLP**

*/s/ Matthew B. Goeller*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com

*Of Counsel:*

Anil H. Patel, Ph.D.
Adam Berlin
K&L GATES LLP
609 Main St., Suite 4150
Houston, TX 77002
Phone: (713) 815-7300
anil.patel@klgates.com
adam.berlin@klgates.com
(*pro hac vice*)

Peter Giunta
K&L GATES LLP
599 Lexington Ave.
New York, NY 10022
Phone: (212) 536-3900
peter.giunta@klgates.com
(*pro hac vice*)

Harold Storey
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 623-7580
harold.storey@klgates.com
(*pro hac vice*)

*Attorneys for Defendants Cipla Ltd. and Cipla USA Inc.*