## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ACERTA PHARMA B.V., ASTRAZENECA UK LIMITED, ASTRAZENECA PHARMACEUTICALS LP, and ASTRAZENECA AB, <br><br> *Plaintiffs,* <br><br> v. <br><br> CIPLA LIMITED and CIPLA USA, INC., <br><br> *Defendants.* | C.A. No. 24-587-GBW |
| ACERTA PHARMA B.V., ASTRAZENCA UK LIMITED, ASTRAZENECA PHARMACEUTICALS LP, and ASTRAZENECA AB, <br><br> *Plaintiffs,* <br><br> v. <br><br> MSN PHARMACEUTICALS INC. and MSN LABORATORIES PVT. LTD., <br><br> *Defendants.* | C.A. No. 25-43-GBW |

### STIPULATION AND ORDER REGARDING
### CONSOLIDATION AND AMENDED CASE SCHEDULE

WHEREAS, on May 16, 2024, Plaintiffs Acerta Pharma B.V., AstraZeneca UK Limited,

AstraZeneca Pharmaceuticals LP, and AstraZeneca AB (collectively "AstraZeneca" or

"Plaintiffs") filed an infringement action against Defendants Cipla Limited and Cipla USA, Inc.

("Cipla"), Civil Action No. 24-587-GBW, regarding Cipla's Abbreviated New Drug Application

("ANDA") No. 219228 (the "Cipla Action");

1

WHEREAS, on January 10, 2025, Plaintiffs filed an infringement action against Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Pvt. Ltd. ("MSN"), Civil Action No. 25-43-GBW, regarding MSN's Abbreviated New Drug Application ("ANDA") No. 220055 (the "MSN Action");

WHEREAS, the Cipla Action and the MSN Action involve the same patents, U.S. Patent No. 10,272,083 ("the '083 patent") and U.S. Patent No. 11,059,829 ("the '829 patent") (the "Patents-in-Suit"), and the parties agree that there are common issues of law and fact;

WHEREAS, the parties agree that the Cipla Action and the MSN Action should be consolidated for all purposes;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that:

1. Pursuant to Federal Rule of Civil Procedure 42(a), the Cipla Action and the MSN Action are hereby consolidated for all purposes.

2. The Cipla Action, Civil Action No. 24-587-GBW, shall be the lead case (hereinafter, the "Consolidated Action"), and all future filings shall be made only in the Consolidated Action, and shall include the caption below for the Consolidated Action:

| | |
|---|---|
| ACERTA PHARMA B.V., et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>CIPLA LIMITED, et al.,<br><br>*Defendants.* | C.A. No. 24-587-GBW<br>(Consolidated) |

MEI 52690311v.1

3.  MSN's Answer to the Complaint in the MSN Action shall be filed in the Consolidated Action on or before March 14, 2025.

4.  The parties agree that the protective order entered in the Cipla Action (D.I. 14) will govern the Consolidated Action. The parties agree that MSN is considered a party for the purposes of the Order to the same extent that Plaintiffs and Cipla are considered parties. The parties agree that up to three (3) in-house personnel employed by MSN may have access to Confidential Information designated by Plaintiffs in the Action, for the same purposes and under the same conditions outlined for Cipla in-house personnel under Paragraph 6.2(b) of the Order.

5.  Plaintiffs and Cipla had previously filed a stipulated scheduling order (D.I. 13) in the Cipla Action, which has not yet been entered by the Court. The Court's procedures, as set forth in D.I. 13, shall apply to the Consolidated Action. However, in light of the consolidation of the Cipla Action and MSN Action, the parties have conferred and agreed upon a proposed amended schedule to align the deadlines for MSN and Cipla. The following schedule shall govern all parties and deadlines in the Consolidated Action, unless otherwise noted below.

| Event | Deadline |
|---|---|
| Any motions to join other parties or amend pleadings due<br>(As to MSN Only) | April 11, 2025 |
| Plaintiffs' Initial Infringement Contentions (Paragraph 4(c) of the Default Standard)<br>(As to MSN Only)[1] | April 11, 2025 |
| Parties to exchange lists of claim terms/phrases and proposed constructions | April 25, 2025 |
| Parties shall respond to and provide their proposed construction for any terms/phrases | May 2, 2025 |

---

[1] MSN produced its ANDA (Paragraph 4(b) of the Default Standard) on March 21, 2025.

3

| | |
|---|---|
| presented by the other side for which the party did not initially provide a construction | |
| Parties to file a Joint Claim Construction Chart | May 9, 2025 |
| Defendants' Joint Initial Invalidity Contentions (Paragraph 4(d) of the Default Standard) | May 30, 2025 |
| MSN produces samples of its ANDA product and API **(As to MSN Only)** | On or before June 1, 2025 |
| Plaintiffs to serve opening Claim Construction brief | June 9, 2025 |
| Defendants to serve coordinated answering Claim Construction brief | July 11, 2025 |
| Plaintiffs to serve reply Claim Construction brief | August 1, 2025 |
| Defendants to serve coordinated sur-reply Claim Construction brief | August 22, 2025 |
| Parties to file a Joint Claim Construction Brief, and a motion requesting claim construction hearing | September 12, 2025 |
| Substantial completion of document productions | September 26, 2025 |
| Claim Construction Hearing | October 28, 2025, at 2:00 p.m. |
| Counsel shall submit a joint letter to the Court with an interim report of the matters in issue and the progress of discovery to date | December 12, 2025 |
| Fact discovery cut-off | February 13, 2026 |
| Initial Rule 26(a)(2) disclosure of expert testimony due for party bearing initial burden of proof on subject matter | April 24, 2026 |
| Plaintiffs' responsive reports (including any reports regarding objective indicia of nonobviousness) due and Defendants' responsive reports due | July 3, 2026 |
| Reply expert reports due | August 14, 2026 |
| Parties to exchange dates and times of their experts' availability for deposition | August 14, 2026 |
| Parties to complete depositions of experts | October 14, 2026 |
| Any *Daubert* motions due | November 13, 2026 |
| Parties to file joint proposed final pretrial order | 7 days before pretrial conference |
| Rule 16(e) final pretrial conference | April 20, 2027 at 3:00 p.m. |
| Five-day bench trial | April 26-30, 2027 |

4

DATED: April 7, 2025

MCCARTER & ENGLISH, LLP

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

OF COUNSEL:

David I. Berl
Stanley E. Fisher
Alexander S. Zolan
Kevin Hoagland-Hanson
Jeffrey G. Ho
Min Kyung Jeon
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
(202) 434-5000
dberl@wc.com
sfisher@wc.com
azolan@wc.com
khoagland-hanson@wc.com
jho@wc.com
mjeon@wc.com

*Attorneys for Plaintiffs Acerta Pharma B.V.,*
*AstraZeneca UK Limited, AstraZeneca*
*Pharmaceuticals LP, and AstraZeneca AB*

K&L GATES LLP

*/s/ Matthew B. Goeller*
Steven L. Caponi (#3484)
Matthew B. Goeller (#6283)
600 King Street, Suite 901
Wilmington, DE 19801
(302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com

OF COUNSEL:

Anil H. Patel, Ph.D.
Adam Berlin
K&L GATES LLP
609 Main Street, Suite 4150
Houston, TX 77002
(713) 815-7300
anil.patel@klgates.com
adam.berlin@klgates.com

Peter Giunta
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
(212) 536-3900
peter.giunta@klgates.com

Harold Storey
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
harold.storey@klgates.com

*Attorneys for Defendants Cipla Ltd. and Cipla*
*USA Inc.*

5

PHILLIPS, McLAUGHLIN & HALL, PA

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (No. 110)
Megan C. Haney (No. 5016)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

OF COUNSEL:

Richard J. Berman
Janine A. Carlan
Bradford C. Frese
Saukshmya Trichi
ARENTFOX SCHIFF LLP
1717 K St. NW
Washington, DC 20006
(202) 857-6000
richard.berman@afslaw.com
janine.carlan@afslaw.com
bradford.frese@afslaw.com
saukshmya.trichi@afslaw.com

*Attorneys for Defendants*
*MSN Pharmaceuticals Inc. and*
*MSN Laboratories Private Ltd.*

SO ORDERED this 16th day of April 2025.

_____
THE HONORABLE GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE

6

ME1 52690311v.1