**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ACERTA PHARMA B.V., *et al.*, | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 24-587-GBW |
| | : | (CONSOLIDATED) |
| v. | : | |
| | : | C.A. No. 25-43-GBW |
| MSN PHARMACEUTICALS, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

**SUBSTITUTION OF COUNSEL FOR DEFENDANTS**

PLEASE ENTER THE APPEARANCES OF R. Karl Hill and James S. Green, Jr. of the law firm of Seitz, Van Ogtrop & Green, P.A. in substitution of John C. Phillips, Jr. and Megan C. Haney of the law firm Phillips, Mclaughlin & Hall, P.A. on behalf of Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Ltd. in the above-captioned case. Janine A. Carlan, Richard J. Berman, Bradford C. Frese, and Saukshmya Trichi of the law firm of ArentFox Schiff LLP are not withdrawing and will remail counsel for the MSN Defendants.

May 20, 2025                                             SEITZ, VAN OGTROP & GREEN, P.A.

*/s/ James S. Green, Jr.*
James S. Green, Jr. (#4406)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-7607
jsgreen@svglaw.com

*Appearing Attorneys for MSN Defendants*

AND

                    PHILLIPS, MCLAUGHLIN & HALL, P.A.

                    */s/ Megan C. Haney*
                    John C. Phillips, Jr.
                    Megan C. Haney
                    1200 North Broom Street
                    Wilmington DE, 19806
                    (302) 655-4200
                    JCP@PMHDELaw.com
                    mch@PMHDELaw.com

                    *Withdrawing Attorneys for MSN Defendants*