## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ACERTA PHARMA B.V., et al., | |
| *Plaintiffs*, | |
| v. | C.A. No. 24-587-GBW |
| | (Consolidated) |
| CIPLA LIMITED, et al., | |
| *Defendants*. | |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to paragraph 7 of the Court's Scheduling Order in the above captioned consolidated case, D.I. 13, as effectuated in D.I. 28 and modified in D.I. 32, the parties hereby submit this Joint Claim Construction Chart identifying for the Court the terms/phrases of the asserted claims of U.S. Patent Nos. 10,272,083 ("the '083 Patent") and 11,059,829 ("the '829 Patent"). The parties' Joint Claim Construction Chart identifies the parties' agreed-upon constructions and the parties' disputed claim terms, as well as the parties' proposed constructions of the disputed terms and supporting intrinsic evidence.

A copy of the asserted patents and the portions of the intrinsic record referred to herein are attached in the Joint Appendix of Intrinsic Evidence to the Joint Claim Construction Chart filed contemporaneously herewith.

The parties reserve the right to cite to any intrinsic evidence listed by the other party or any expert that the other party relies on for claim construction. The parties also reserve the right to rely on additional intrinsic or extrinsic evidence to the extent it is necessary to provide additional context or to rebut arguments made by any other party during the claim construction briefing.

## I.    U.S. PATENT NO. 10,272,083

The parties have agreed upon the constructions of the following terms:

| Claim Term | Joint Proposed Construction |
|---|---|
| "A method of treating chronic lymphocytic leukemia (CLL) or small lymphocytic leukemia (SLL) in a human subject suffering therefrom"<br><br>'083 Patent, **Ex. 1**, (claims 1–7) | The quoted preamble language is limiting as to the intentional purpose for which the method must be performed, i.e., treating chronic lymphocytic leukemia (CLL) or small lymphocytic leukemia (SLL) in a human subject suffering therefrom, which requires treating CLL or SLL in a human subject, but does not require a particular level of efficacy. |
| "A method of treating a mantle cell lymphoma (MCL) in a human subject suffering therefrom"<br><br>'083 Patent, **Ex. 1**, (claims 8–20) | The quoted preamble language is limiting as to the intentional purpose for which the method must be performed, i.e., treating Mantle Cell Lymphoma (MCL) in a human subject suffering therefrom, which requires treating MCL in a human subject suffering therefrom, but does not require a particular level of efficacy. |

The parties dispute the constructions of the following terms:

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| "a compound of Formula (II) . . . or a pharmaceutically acceptable salt thereof"<br><br>'083 Patent, **Ex. 1**, (claims 2–4, 9–11, 15–16, 18, 20) | Plain and ordinary meaning where "pharmaceutically acceptable salt" does not exclude salts that are solvates and/or hydrates. | <u>'083 Patent (**Ex. 1**) in its entirety, including, for example:</u><br>col.:ll. 2:10–7:10; 7:11–8:23; 10:18–44; 10:51–11:10; 22:16–18; 22:65–23:10; 31:66–40:24; 42:28–50:49; 56:5–71:5; 99:1–102:40; Figs. 1–14.<br><br><u>'083 File History (**Ex. 15**) in its entirety, including, for example:</u><br><ul><li>July 20, 2016: Preliminary Amendment; Amendments to Claims; Applicant Arguments/Remarks</li><li>July 25, 2017: Non-Final Rejection</li><li>August 3, 2017: Information</li></ul> | "a compound of Formula (II) or a pharmaceutically acceptable salt thereof, but not a hydrate or a solvate thereof" | <u>Claims</u><br>• '083 Patent (**Ex. 1**), claims 2–4, 9–11, 15–16, 18, 20<br>• '083 Patent (**Ex. 1**), claims 1, 8<br><br><u>Specification</u><br>'083 Patent (**Ex. 1**) in its entirety, including, for example,<br>• '083 patent, 2:19–7:10<br>• '083 patent, 4:18–33<br>• '083 patent, 10:51–11:17<br>• '083 patent, 22:65–23:10<br>• '083 patent, 32:55–33:3<br>• '083 patent, 44:32–45<br>• '083 patent, 44:46–45:33<br>• '083 patent, 45:34–67<br>• '083 patent, 46:14–26<br>• '083 patent, 46:63–48:23 |

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | Disclosure Statement<br>• January 25, 2018: Amendments; Applicant Arguments/Remarks<br>• January 25, 2018: Information Disclosure Statement<br>• May 3, 2018: Final Rejection<br>• November 5, 2018: Amendments to Claims; Applicant Arguments/Remarks<br>• December 10, 2018: Notice of Allowance<br><br>Provisional Application 61/974,665 (**Ex. 11**) in its entirely, including, for example: | | Prosecution History<br>File history of U.S. Patent Application No. 15/112,968 (issued as the '083 patent) (**Ex. 15**) in its entirety (AZACA-0000962–AZACA-0012196), including, for example:<br>• Preliminary Amendment dated July 20, 2016 (AZACA-0000966–AZACA-0000970), amended claims 1–3, 9–11<br>• Non-Final Rejection dated July 25, 2017 (AZACA-0001878-AZACA-0001880) at AZACA-0001878–AZACA-0001879<br>• Response to Non-Final Rejection dated January 25, 2018 (AZACA-0011682–AZACA-001696), amended claims 2, 9 (AZACA-0011683, AZACA-0011685)<br>• *Id.* at Remarks (*e.g.*, AZACA-0011688– |

2

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | Paragraphs [0022]–[0024]; [0082]; [0090].<br><br>Provisional Application 62/035,777 (**Ex. 12**) in its entirely, including, for example: Paragraphs [0060]–[0062]; [00120]; [00128].<br><br>U.S. Patent No. 11,090,302 (**Ex. 7**) in its entirely, including, for example: Col.:ll. 9:37–63; 10:3–29; 21:33–35; 22:15–27.<br><br>U.S. Patent No. 11,771,696 (**Ex. 8**) in its entirely, including, for example: Col.:ll. 9:45–10:4; 10:11–37; 21:39–41; 22:21–33.<br><br>U.S. Patent No. 10,328,080 (**Ex. 5**) in its entirely, including, for example: | | AZACA-0011690, AZACA-0011693–AZACA-0011696)<br>• Final Rejection dated May 3, 2018 (AZACA-0011785–AZACA-0011790) at AZACA-0011789<br>• Response to Final Rejection dated November 5, 2018 (AZACA-0011823–AZACA-0011834), amended claims 1–2, 9 and 29 (AZACA-0011825–AZACA-0011826, AZACA-0011829)<br>• *Id.* at Remarks (*e.g.*, AZACA-0011831–AZACA-0011833)<br>• Notice of Allowance (AZACA-0012137–AZACA-0012139) at AZACA-0012138.<br><br>Provisional Patent Application No. 62/035,777 (the "'777 application") (from which the '083 patent |

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | Col.:ll. 10:44–11:2; 11:3–29; 22:47–49; 23:42–54.<br><br>U.S. Patent No. 12,263,164 (**Ex. 10**) in its entirely, including, for example: Col.:ll. 9:41–67; 10:7–33; 21:35–37; 22:17–29. | | claims priority) (**Ex. 12**) in its entirety, including, for example,<br>• '777 application at [0062]<br>• '777 application at [00120]<br>• '777 application at [00128]<br>• '777 application at [00304]<br>• '777 application at [00309]<br>• '777 application, claims 1, 7<br><br>Provisional Patent Application No. 61/974,665 (the "'665 application") (from which the '083 patent claims priority) (**Ex. 11**) in its entirety, including, for example,<br>• '665 application at [0024]<br>• '665 application at [0082]<br>• '665 application at [0090] |

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | | | • '665 application at [00101]<br>• '665 application at [00211]<br>• '665 application at [00271]<br>• '665 application at [00219]<br>• '665 application, claims 1, 7, 18, 19 |
| "a dose of 100 mg twice daily of a BTK inhibitor . . . or a pharmaceutically acceptable salt, solvate, or hydrate thereof"<br><br>'083 Patent, **Ex. 1**, (claims 1, 8) | Plain and ordinary meaning where "100 mg" refers to 100 mg of the compound of Formula (II) in its free base form: | '083 Patent (**Ex. 1**) in its entirely, including, for example:<br>col.:ll. 2:10–7:10; 7:11–8:23; 10:18–44; 10:51–11:10; 22:16–18; 22:65–23:10; 31:66–40:24; 42:28–50:49; 56:5–71:5; 99:1–102:40; Figs. 1–14.<br><br>'083 File History (**Ex. 15**) in its entirely, including, for example:<br>• July 20, 2016: Preliminary Amendment; Amendments to Claims; | "a dose of 100 mg twice daily of a BTK inhibitor or a pharmaceutically acceptable salt, solvate, or hydrate thereof" | Claims<br>• '083 Patent (**Ex. 1**), claims 1, 8<br>• '083 Patent (**Ex. 1**), claims 2–4, 9–11, 15–16, 18, 20<br><br>Specification<br>'083 Patent (**Ex. 1**) in its entirety, including, for example,<br>• '083 patent, 2:18–36<br>• '083 patent, 4:18–33<br>• '083 patent, 10:51–11:17<br>• '083 patent, 22:65–23:10<br>• '083 patent, 32:55–33:3<br>• '083 patent, 34:22–32 |

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | Applicant Arguments/Remarks<br>• July 25, 2017: Non-Final Rejection<br>• August 3, 2017: Information Disclosure Statement<br>• January 25, 2018: Amendments; Applicant Arguments/Remarks<br>• January 25, 2018: Information Disclosure Statement<br>• May 3, 2018: Final Rejection<br>• November 5, 2018: Amendments to Claims; Applicant Arguments/Remarks | | • '083 patent, 42:29–42<br>• '083 patent, 43:12–67<br>• '083 patent, 44:32–45<br>• '083 patent, 44:46–45:33<br>• '083 patent, 45:34–67<br>• '083 patent, 46:14–26<br>• '083 patent, 46:63–48:23<br><br>Prosecution History<br>File history of U.S. Patent Application No. 15/112,968 (issued as the '083 patent) (**Ex. 15**) in its entirety (AZACA-0000962–AZACA-0012196), including, for example:<br>• Preliminary Amendment dated July 20, 2016 (AZACA-0000966–AZACA-0000970), amended claims 1–3, 9–11<br>• Non-Final Rejection dated July 25, 2017 (AZACA-0001878-AZACA-0001880) at AZACA-0001878–AZACA-0001879 |

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | • December 10, 2018: Notice of Allowance<br><br>Provisional Application 61/974,665 (**Ex. 11**) in its entirely, including, for example: Paragraphs [0022]–[0024]; [0082]; [0090].<br><br>Provisional Application 62/035,777 (**Ex. 12**) in its entirely, including, for example: Paragraphs [0060]–[0062]; [00120]; [00128].<br><br>U.S. Patent No. 11,090,302 (**Ex. 7**) in its entirely, including, for example: Col.:ll. 9:37–63; 10:3–29; 21:33–35; 22:15–27.<br><br>U.S. Patent No. 11,771,696 (**Ex. 8**) in its entirely, including, for example: | | • Response to Non-Final Rejection dated January 25, 2018 (AZACA-0011682–AZACA-001696), amended claims 2, 9 (AZACA-0011683, AZACA-0011685)<br>• *Id.* at Remarks (*e.g.*, AZACA-0011688–AZACA-0011690, AZACA-0011693–AZACA-0011696)<br>• Final Rejection dated May 3, 2018 (AZACA-0011785–AZACA-0011790) at AZACA-0011789<br>• Response to Final Rejection dated November 5, 2018 (AZACA-0011823–AZACA-0011834), amended claims 1–2, 9 and 29 (AZACA-0011825–AZACA-0011826, AZACA-0011829)<br>• *Id.* at Remarks (*e.g.*, AZACA-0011831–AZACA-0011833) |

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | Col.:ll. 9:45–10:4; 10:11–37; 21:39–41; 22:21–33.<br><br>U.S. Patent No. 10,328,080 (**Ex. 5**) in its entirely, including, for example: Col.:ll. 10:44–11:2; 11:3–29; 22:47–49; 23:42–54.<br><br>U.S. Patent No. 12,263,164 (**Ex. 10**) in its entirely, including, for example: Col.:ll. 9:41–67; 10:7–33; 21:35–37; 22:17–29. | | • Notice of Allowance (AZACA-0012137–AZACA-0012139) at AZACA-0012138.<br><br>Provisional Patent Application No. 62/035,777 (the "'777 application") (from which the '083 patent claims priority) (**Ex. 12**) in its entirety, including, for example,<br>• '777 application at [0062]<br>• '777 application at [00120]<br>• '777 application at [00128]<br>• '777 application at [00304]<br>• '777 application at [00309]<br>• '777 application, claims 1, 7<br><br>Provisional Patent Application No. 61/974,665 (the "'665 application") (from which the '083 patent |

8

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | | | claims priority) (**Ex. 11**) in its entirety, including, for example, <br>• '665 application at [0024] <br>• '665 application at [0082] <br>• '665 application at [0090] <br>• '665 application at [00101] <br>• '665 application at [00211] <br>• '665 application at [00271] <br>• '665 application at [00219] <br>• '665 application, claims 1, 7, 18, 19 |
| "a dose of 100 mg twice daily of a BTK inhibitor . . . or a pharmaceutically acceptable salt thereof" <br><br>'083 Patent, **Ex. 1**, (claims 2–4, 9–11, 15–16) | Plain and ordinary meaning where "100 mg" refers to 100 mg of the compound of Formula (II) in its free base form: | <u>'083 Patent (**Ex. 1**) in its entirely, including, for example:</u> <br>col.:ll. 2:10–7:10; 7:11–8:23; 10:18–44; 10:51–11:10; 22:16–18; 22:65–23:10; 31:66–40:24; 42:28–50:49; 56:5–71:5; 99:1–102:40; Figs. 1–14. | "a dose of 100 mg twice daily of a BTK inhibitor or a pharmaceutically acceptable salt thereof" | <u>Claims</u> <br>• '083 Patent (**Ex. 1**), claims 2–4, 9–11, 15–16, 18, 20 <br>• '083 Patent (**Ex. 1**), claims 1, 8 <br><br><u>Specification</u> <br>'083 Patent (**Ex. 1**) in its entirety, including, for example, |

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| |  | '083 File History (**Ex. 15**) in its entirely, including, for example:<br>• July 20, 2016: Preliminary Amendment; Amendments to Claims; Applicant Arguments/Remarks<br>• July 25, 2017: Non-Final Rejection<br>• August 3, 2017: Information Disclosure Statement<br>• January 25, 2018: Amendments; Applicant Arguments/Remarks<br>• January 25, 2018: Information Disclosure Statement | | • '083 patent, 2:18–36<br>• '083 patent, 4:18–33<br>• '083 patent, 10:51–11:17<br>• '083 patent, 32:55–33:3<br>• '083 patent, 34:22–32<br>• '083 patent, 42:29–42<br>• '083 patent, 43:12–67<br>• '083 patent, 44:32–45<br>• '083 patent, 44:46–45:33<br>• '083 patent, 45:34–67<br>• '083 patent, 46:14–26<br>• '083 patent, 46:63–48:23<br><br>Prosecution History<br>File history of U.S. Patent Application No. 15/112,968 (issued as the '083 patent) (**Ex. 15**) in its entirety (AZACA-0000962–AZACA-0012196), including, for example:<br>• Preliminary Amendment dated July 20, 2016 (AZACA-0000966–AZACA- |

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | • May 3, 2018: Final Rejection<br>• November 5, 2018: Amendments to Claims; Applicant Arguments/Remarks<br>• December 10, 2018: Notice of Allowance<br><br>Provisional Application 61/974,665 (**Ex. 11**) in its entirely, including, for example: Paragraphs [0022]–[0024]; [0082]; [0090].<br><br>Provisional Application 62/035,777 (**Ex. 12**) in its entirely, including, for example: Paragraphs [0060]–[0062]; [00120]; [00128].<br><br>U.S. Patent No. 11,090,302 (**Ex. 7**) in its | | 0000970), amended claims 1–3, 9–11<br>• Non-Final Rejection dated July 25, 2017 (AZACA-0001878-AZACA-0001880) at AZACA-0001878–AZACA-0001879<br>• Response to Non-Final Rejection dated January 25, 2018 (AZACA-0011682–AZACA-001696), amended claims 2, 9 (AZACA-0011683, AZACA-0011685)<br>• *Id.* at Remarks (*e.g.*, AZACA-0011688-AZACA-0011690, AZACA-0011693–AZACA-0011696)<br>• Final Rejection dated May 3, 2018 (AZACA-0011785–AZACA-0011790) at AZACA-0011789<br>• Response to Final Rejection dated November 5, 2018 (AZACA-0011823–AZACA-0011834), |

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | entirely, including, for example: Col.:ll. 9:37–63; 10:3–29; 21:33–35; 22:15–27.<br><br>U.S. Patent No. 11,771,696 (**Ex. 8**) in its entirely, including, for example: Col.:ll. 9:45–10:4; 10:11–37; 21:39–41; 22:21–33.<br><br>U.S. Patent No. 10,328,080 (**Ex. 5**) in its entirely, including, for example: Col.:ll. 10:44–11:2; 11:3–29; 22:47–49; 23:42–54.<br><br>U.S. Patent No. 12,263,164 (**Ex. 10**) in its entirely, including, for example: Col.:ll. 9:41–67; 10:7–33; 21:35–37; 22:17–29. | | amended claims 1–2, 9 and 29 (AZACA-0011825–AZACA-0011826, AZACA-0011829)<br>• *Id.* at Remarks (*e.g.*, AZACA-0011831–AZACA-0011833)<br>• Notice of Allowance (AZACA-0012137–AZACA-0012139) at AZACA-0012138.<br><br>Provisional Patent Application No. 62/035,777 (the "'777 application") (from which the '083 patent claims priority) (**Ex. 12**) in its entirety, including, for example,<br>• '777 application at [0062]<br>• '777 application at [00120]<br>• '777 application at [00128]<br>• '777 application at [00304]<br>• '777 application at [00309] |

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | | | • '777 application, claims 1, 7<br><br>Provisional Patent Application No. 61/974,665 (the "'665 application") (from which the '083 patent claims priority) (**Ex. 11**) in its entirety, including, for example,<br>• '665 application at [0024]<br>• '665 application at [0082]<br>• '665 application at [0090]<br>• '665 application at [00101]<br>• '665 application at [00211]<br>• '665 application at [00271]<br>• '665 application at [00219]<br>• '665 application, claims 1, 7, 18, 19 |
| "a dose of 100 mg twice daily of a BTK inhibitor . . . or a pharmaceutically | Plain and ordinary meaning where "100 mg" refers to 100 mg of the compound of | '083 Patent (**Ex. 1**) in its entirely, including, for example: | "a dose of 100 mg twice daily of a pharmaceutically | Claims<br>• '083 patent (**Ex. 1**), claims 18, 20 |

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| acceptable salt thereof . . . wherein the pharmaceutically acceptable salt . . . is administered to the human subject"<br><br>'083 Patent, **Ex. 1**, (claims 18, 20) | Formula (II) in its free base form:<br><br> | col.:ll. 2:10–7:10; 7:11–8:23; 10:18–44; 10:51–11:10; 22:16–18; 22:65–23:10; 31:66–40:24; 42:28–50:49; 56:5–71:5; 99:1–102:40; Figs. 1–14.<br><br>'083 File History (**Ex. 15**) in its entirely, including, for example:<br>• July 20, 2016: Preliminary Amendment; Amendments to Claims; Applicant Arguments/Remarks<br>• July 25, 2017: Non-Final Rejection<br>• August 3, 2017: Information Disclosure Statement<br>• January 25, 2018: Amendments; Applicant | acceptable salt of a BTK inhibitor" | • '083 patent, claims 1, 2<br>• '083 patent, claims 8, 9<br><br>Specification<br>'083 Patent (**Ex. 1**) in its entirety, including, for example,<br>• '083 patent, 2:18–36<br>• '083 patent, 4:18–33<br>• '083 patent, 10:51–11:17<br>•'083 patent, 32:55–33:3<br>• '083 patent, 34:22–32<br>• '083 patent, 42:29–42<br>• '083 patent, 43:12–67<br>• '083 patent, 44:32–45<br>• '083 patent, 44:46–45:33<br>• '083 patent, 45:34–67<br>• '083 patent, 46:14–26<br>• '083 patent, 46:63–48:23<br><br>Prosecution History<br>File history of U.S. Patent Application No. 15/112,968 (issued as the '083 patent) in its |

14

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | Arguments/Remarks<br>• January 25, 2018: Information Disclosure Statement<br>• May 3, 2018: Final Rejection<br>• November 5, 2018: Amendments to Claims; Applicant Arguments/Remarks<br>• December 10, 2018: Notice of Allowance<br><br>Provisional Application 61/974,665 (**Ex. 11**) in its entirely, including, for example: Paragraphs [0022]–[0024]; [0082]; [0090].<br><br>Provisional Application 62/035,777 (**Ex. 12**) in its entirely, including, for example: | | entirety (AZACA-0000962–AZACA-0012196) (**Ex. 15**), including, for example:<br>• Preliminary Amendment dated July 20, 2016 (AZACA-0000966–AZACA-0000970), amended claims 1–3, 9–11<br>• Non-Final Rejection dated July 25, 2017 (AZACA-0001878-AZACA-0001880) at AZACA-0001878–AZACA-0001879<br>• Response to Non-Final Rejection dated January 25, 2018 (AZACA-0011682–AZACA-001696), amended claims 2, 9 (AZACA-0011683, AZACA-0011685)<br>• *Id.* at Remarks (*e.g.*, AZACA-0011688–AZACA-0011690, AZACA-0011693–AZACA-0011696)<br>•Final Rejection dated May 3, 2018 (AZACA- |

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | Paragraphs [0060]–[0062]; [00120]; [00128].<br><br>U.S. Patent No. 11,090,302 (**Ex. 7**) in its entirely, including, for example:<br>Col.:ll. 9:37–63; 10:3–29; 21:33–35; 22:15–27.<br><br>U.S. Patent No. 11,771,696 (**Ex. 8**) in its entirely, including, for example:<br>Col.:ll. 9:45–10:4; 10:11–37; 21:39–41; 22:21–33.<br><br>U.S. Patent No. 10,328,080 (**Ex. 5**) in its entirely, including, for example:<br>Col.:ll. 10:44–11:2; 11:3–29; 22:47–49; 23:42–54.<br><br>U.S. Patent No. 12,263,164 (**Ex. 10**) in its entirely, including, for example: | | 0011785–AZACA-0011790) at AZACA-0011789<br>• Response to Final Rejection dated November 5, 2018 (AZACA-0011823–AZACA-0011834), amended claims 1–2, 9 and 29 (AZACA-0011825–AZACA-0011826, AZACA-0011829)<br>• *Id.* at Remarks (*e.g.*, AZACA-0011831–AZACA-0011833)<br>• Notice of Allowance (AZACA-0012137–AZACA-0012139) at AZACA-0012138.<br><br>Provisional Patent Application No. 62/035,777 (the "'777 application") (from which the '083 patent claims priority) (**Ex. 12**) in its entirety, including, for example,<br>• '777 application at [0062] |

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | Col.:ll. 9:41–67; 10:7–33; 21:35–37; 22:17–29. | | • '777 application at [00120]<br>• '777 application at [00128]<br>• '777 application at [00304]<br>• '777 application at [00309]<br>• '777 application, claims 1, 7<br><br>Provisional Patent Application No. 61/974,665 (the "'665 application") (from which the '083 patent claims priority) (**Ex. 11**) in its entirety, including, for example,<br>• '665 application at [0024]<br>• '665 application at [0082]<br>'665 application at [0090]<br>• '665 application at [00101]<br>• '665 application at [00211]<br>• '665 application at [00271] |

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | | | • '665 application at [00219]<br>• '665 application, claims 1, 7, 18, 19 |

## II.    U.S. PATENT NO. 11,059,829

The parties dispute the constructions of the following terms:

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| "characterized by a reflection X-ray powder diffraction pattern comprising at least five peaks"<br><br>'829 Patent, **Ex. 2**, (claims 1–2, 5–25, 28–37, 39–42) | Not indefinite.<br><br>"characterized by a reflection X-ray powder diffraction pattern that includes, but is not limited to, at least five peaks"<br><br>The peaks identified in the specification, including the claims, of the '829 Patent were measured using Cu—Kα radiation. The source of radiation, Cu—Kα, is not a limitation of these | '829 Patent (**Ex. 2**) in its entirely, including, for example:<br>Col.:ll. 1:15–35; 2:1–5:10; 5:11–27; 5:53-56; 6:5-6; 6:15-19; 6:23; 6:26; 6:29; 6:35-36; 6:45-53; 6:63-64; 7:16-17; 7:22-26; 7:29-42; 8:22-25; 8:44-47; 9:56-62; 11:36-55; 11:61–22:4; 42:56–58:39; 59:55–66:17; 67:15–70:25; 74:52–93:28; 94:29–117:27; *compare* 128:35–51 *with* 128:57-67; Figs 1-3, 12-13, 21, 26-27, 29, 31, 33, 36, | Indefinite | Claims<br>• '829 patent (**Ex. 2**), cl. 1–2<br>• '829 patent (**Ex. 2**), cl. 5–25<br>• '829 patent (**Ex. 2**), cl. 28–37<br>• '829 patent (**Ex. 2**), cl. 39–42<br>• '829 patent (**Ex. 2**), cl. 3–4, 26–27, 3<br><br>Specification<br>'829 Patent (**Ex. 2**) in its entirety, including, for example,<br>• '829 patent, Fig. 42 |

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | claims, and the use of Cu—Kα radiation is not required to prove infringement of these claims. | 41-44, 49, 54, 57-58, 60-66, 72.<br><br>'829 File History (**Ex. 16**) in its entirely, including, for example:<br>• April 30, 2020: Preliminary Amendment; Amendments to the Claims; and Applicant Arguments/Remarks<br>• May 22, 2020: Supplemental Amendment; Amendments to the Specification; Amendments to the Claims; and Applicant Remarks<br>• April 15, 2021: Notice of Allowance and Examiner-Initiated Interview Summary | | • '829 patent, 12:58–13:12<br>• '829 patent, 14:56–15:29<br>• '829 patent, 46:51–67<br>• '829 patent, 53:55–44<br>• '829 patent, 61:1–5<br>• '829 patent, 62:38–63:53<br>• '829 patent, 74:55–67<br>• '829 patent, 82:35–40<br>• '829 patent, Table 25<br><br>Prosecution History<br>File history of U.S. Patent Application No. 16/263,033 (issued as the '829 patent) (**Ex. 16**) in its entirety (AZACA-0439504– AZACA-0441828), including, for example:<br>• Preliminary Amendment dated April 30, 2020 (AZACA-0439793–AZACA-0439799), amended claims 19–21, 33–35<br>• Preliminary Amendment dated May 22, 2020 (AZACA- |

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | U.S. Patent No. 9,796,721 (**Ex. 3**) in its entirely, including, for example: *Compare* 128:51-56 *with* 129:24-34.<br><br>U.S. Patent No. 10,167,291 (**Ex. 4**) in its entirely, including, for example: *Compare* 128:51-57 *with* 129:49-62.<br><br>U.S. Patent No. 10,640,509 (**Ex. 6**) in its entirely, including, for example: *Compare* 129:1-10 *with* 129:17-28.<br><br>U.S. Patent No. 11,820,777 (**Ex. 12**) in its entirely, including, for example: *Compare* 129:23–53 *with* 129:64-67; 130:1-10. | | 0439806–AZACA-0439814), amended claims 20–21, 34–35, 55 • April 15, 2021 Notice of Allowance (AZACA-0441751-AZACA-0441764) at AZACA-0441753–AZACA-00441755, AZACA-00441755–AZACA-0441764<br><br>Provisional Patent Application No. 62/188,468 (the "'468 application") (from which the '829 patent claims priority) (**Ex. 13**) in its entirety, including, for example, • '468 application at Fig. 56 • '468 application at [00152] • '468 application at [00257] • '468 application at [00268]–[00276] • '468 application, claims 7–8 |

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | | | Provisional Patent Application No. 62/271,708 (the "'708 application") (from which the '829 patent claims priority) (**Ex. 14**) in its entirety, including, for example, • '708 application at Fig. 64 • '708 application at [00260] • '708 application at [00404] • '708 application at [00415]–[00423] • '708 application, claims 7–8 |
| "characterized by a reflection X-ray powder diffraction pattern comprising at least five peaks selected from the group consisting of 5.3°±0.2° 2θ, 9.8°±0.2° 2θ, 10.6°±0.2° 2θ, 11.6°±0.2° 2θ, 13.5°±0.2° 2θ, 13.8°±0.2° 2θ, | Not indefinite. "characterized by a reflection X-ray powder diffraction pattern that includes, but is not limited to, at least five peaks selected from the group consisting of 5.3°±0.2° 2θ, 9.8°±0.2° 2θ, 10.6°±0.2° 2θ, | '829 Patent (**Ex. 2**) in its entirely, including, for example: Col.:ll. 1:15–35; 2:1–5:10; 5:11–27; 5:53-56; 6:5-6; 6:15-19; 6:23; 6:26; 6:29; 6:35-36; 6:45-53; 6:63-64; 7:16-17; 7:22-26; 7:29-42; 8:22-25; 8:44-47; 9:56-62; 11:36-55; 11:61– | Indefinite. | Claims • '829 patent (**Ex. 2**), cl. 1–2 • '829 patent (**Ex. 2**), cl. 5–25 • '829 patent (**Ex. 2**), cl. 28–37 • '829 patent (**Ex. 2**), cl. 39–42 Specification |

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| 13.9°±0.2° 2θ, 14.3°±0.2° 2θ, 15.3°±0.2° 2θ, 15.6°±0.2° 2θ, 15.8°±0.2° 2θ, 15.9°±0.2° 2θ, 16.6°±0.2° 2θ, 17.4°±0.2° 2θ, 17.5°±0.2° 2θ, 18.7°±0.2° 2θ, 19.3°±0.2° 2θ, 19.6°±0.2° 2θ, 19.8°±0.2° 2θ, 20.0°±0.2° 2θ, 20.9°±0.2° 2θ, 21.3°±0.2° 2θ, 22.1°±0.2° 2θ, 22.3°±0.2° 2θ, 22.7°±0.2° 2θ, 23.2°±0.2° 2θ, 23.4°±0.2° 2θ, 23.7°±0.2° 2θ, 23.9°±0.2° 2θ, 24.5°±0.2° 2θ, 24.8°±0.2° 2θ, 25.2°±0.2° 2θ, 25.6°±0.2° 2θ, 26.1°±0.2° 2θ, 26.4°±0.2° 2θ, 26.7°±0.2° 2θ, 26.9°±0.2° 2θ, | 11.6°±0.2°     2θ, 13.5°±0.2°     2θ, 13.8°±0.2°     2θ, 13.9°±0.2°     2θ, 14.3°±0.2°     2θ, 15.3°±0.2°     2θ, 15.6°±0.2°     2θ, 15.8°±0.2°     2θ, 15.9°±0.2°     2θ, 16.6°±0.2°     2θ, 17.4°±0.2°     2θ, 17.5°±0.2°     2θ, 18.7°±0.2°     2θ, 19.3°±0.2°     2θ, 19.6°±0.2°     2θ, 19.8°±0.2°     2θ, 20.0°±0.2°     2θ, 20.9°±0.2°     2θ, 21.3°±0.2°     2θ, 22.1°±0.2°     2θ, 22.3°±0.2°     2θ, 22.7°±0.2°     2θ, 23.2°±0.2°     2θ, 23.4°±0.2°     2θ, 23.7°±0.2°     2θ, 23.9°±0.2°     2θ, 24.5°±0.2°     2θ, 24.8°±0.2°     2θ, 25.2°±0.2°     2θ, 25.6°±0.2°     2θ, 26.1°±0.2°     2θ, | 22:4; 42:56–58:39; 59:55–66:17; 67:15–70:25; 74:52–93:28; 94:29–117:27; *compare* 128:35–51 *with* 128:57–67; Figs 1-3, 12-13, 21, 26-27, 29, 31, 33, 36, 41-44, 49, 54, 57-58, 60-66, 72. <br><br> '829 File History (**Ex. 16**) in its entirely, including, for example:<br>• April 30, 2020: Preliminary Amendment; Amendments to the Claims; and Applicant Arguments/Remarks<br>• May 22, 2020: Supplemental Amendment; Amendments to the Specification; Amendments to the Claims; and Applicant Remarks | | '829 Patent (**Ex. 2**) in its entirety, including, for example,<br>• '829 patent, Fig. 42<br>• '829 patent, 11:35–50<br>• '829 patent, 14:56–15:29<br>• '829 patent, 61:1–5<br>• '829 patent, 62:38–63:53<br>• '829 patent, 82:35–40<br>• '829 patent, 101:32–37<br><br>Prosecution History<br>File history of U.S. Patent Application No. 16/263,033 (issued as the '829 patent) (**Ex. 16**) in its entirety (AZACA-0439504–AZACA-0441828), including, for example:<br>• Preliminary Amendment dated April 30, 2020 (AZACA-0439793–AZACA-0439799), amended claims 19–21, 33–35<br>• Preliminary Amendment dated May |

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| 27.1°±0.2° 2θ, 27.6°±0.2° 2θ, 28.8°±0.2° 2θ, 29.5°±0.2° 2θ, 30.0°±0.2° 2θ, 30.3°±0.2° 2θ, 30.9°±0.2° 2θ, 31.5°±0.2° 2θ, 31.9°±0.2° 2θ, 32.5°±0.2° 2θ, 34.0°±0.2° 2θ, and 35.1°±0.2° 2θ." <br><br> '829 Patent, **Ex. 2**, (claims 1, 14–21, 35) | 26.4°±0.2°    2θ, 26.7°±0.2°    2θ, 26.9°±0.2°    2θ, 27.1°±0.2°    2θ, 27.6°±0.2°    2θ, 28.8°±0.2°    2θ, 29.5°±0.2°    2θ, 30.0°±0.2°    2θ, 30.3°±0.2°    2θ, 30.9°±0.2°    2θ, 31.5°±0.2°    2θ, 31.9°±0.2°    2θ, 32.5°±0.2°    2θ, 34.0°±0.2°    2θ,    and 35.1°±0.2° 2θ." <br><br> The peaks identified in the specification, including the claims, of the '829 Patent were measured using Cu—Kα radiation.  The source of radiation, Cu—Kα, is not a limitation of these claims, and the use of Cu—Kα radiation is not required to prove infringement of these claims. | • April 15, 2021: Notice of Allowance and Examiner-Initiated Interview Summary <br><br> U.S. Patent No. 9,796,721 (**Ex. 3**) in its entirely, including, for example: *Compare* 128:51-56 *with* 129:24-34. <br><br> U.S. Patent No. 10,167,291 (**Ex. 4**) in its entirely, including, for example: *Compare* 128:51-57 *with* 129:49-62. <br><br> U.S. Patent No. 10,640,509 (**Ex. 6**) in its entirely, including, for example: *Compare* 129:1-10 *with* 129:17-28. <br><br> U.S. Patent No. 11,820,777 (**Ex. 9**) in its | | 22, 2020 (AZACA-0439806–AZACA-0439814), amended claims 20–21, 34–35, 55 • April 15, 2021 Notice of Allowance (AZACA-0441751-AZACA-0441764) at AZACA-0441753–AZACA-00441755, AZACA-00441755–AZACA-0441764 <br><br> Provisional Patent Application No. 62/188,468 (the "'468 application") (from which the '829 patent claims priority) (**Ex. 13**) in its entirety, including, for example, • '468 application at Fig. 56 • '468 application at [00152] • '468 application at [00257] • '468 application at [00268]–[00276] • '468 application, claims 7–8 |

| Claim Term | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | entirely, including, for example: <br> *Compare* 129:23–53 *with* 129:64-67; 130:1-10. | | Provisional Patent Application No. 62/271,708 (the "'708 application") (from which the '829 patent claims priority) (**Ex. 14**) in its entirety, including, for example, <br> • '708 application at Fig. 64 <br> • '708 application at [00260] <br> • '708 application at [00404] <br> • '708 application at [00415]–[00423] <br> • '708 application, claims 7–8 |

DATED: May 28, 2025

**MCCARTER & ENGLISH, LLP**

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
T: (302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

David I. Berl
Stanley E. Fisher
Kevin Hoagland-Hanson
Jeffrey G. Ho
Min Kyung Jeon
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5083
dberl@wc.com
sfisher@wc.com
khoagland-hanson@wc.com
jho@wc.com
mjeon@wc.com

*Attorneys for Plaintiffs Acerta Pharma B.V.,*
*AstraZeneca UK Limited, AstraZeneca*
*Pharmaceuticals LP, and AstraZeneca AB*


**K&L GATES LLP**

*/s/ Matthew B. Goeller*
Steven L. Caponi (#3484)
Matthew B. Goeller (#6283)
600 King Street, Suite 901
Wilmington, DE 19801
(302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com

**SEITZ, VAN OGTROP & GREEN, P.A.**

*/s/ James S. Green, Jr.*
James S. Green, Jr. (#4406)
R. Karl Hill (#2747)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-7607
jsgreen@svglaw.com
khill@svglaw.com

Richard J. Berman
Janine A. Carlan
Bradford C. Frese
Saukshmya Trichi
**ARENT FOX SCHIFF LLP**
1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000
richard.berman@afslaw.com
janine.carlan@afslaw.com
bradford.frese@afslaw.com
saukshmya.trichi@afslaw.com

*Attorneys for Defendants*
*MSN Pharmaceuticals Inc. and MSN*
*Laboratories Private Limited*

Anil H. Patel
**K&L GATES LLP**
1000 Main St., Suite 2550
Houston, TX 77002
(713) 815-7300
anil.patel@klgates.com

Adam Berlin
**K&L GATES LLP**
609 Main St., Suite 4150
Houston, TX 77002
(713) 815-7300
adam.berlin@klgates.com

Peter Giunta
**K&L GATES LLP**
599 Lexington Avenue
New York, NY 10022
(212) 536-3900
peter.giunta@klgates.com

Harold Storey
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
harold.storey@klgates.com

*Attorneys for Defendants*
*Cipla Ltd. and Cipla USA Inc.*

**Joint Appendix of Intrinsic Evidence to the Joint Claim Construction Chart**

| Exhibit No. | Document | APPX Range |
|---|---|---|
| 1 | U.S. Patent No. 10,272,083 | APPX0001 - APPX0078 |
| 2 | U.S. Patent No. 11,059,829 | APPX0079 - APPX0220 |
| 3 | Excerpts from U.S. Patent No. 09,796,721 B2 | APPX0221 - APPX0224 |
| 4 | Excerpts from U.S. Patent No. 10,167,291 B2 | APPX0225 - APPX0228 |
| 5 | Excerpts from U.S. Patent No. 10,328,080 B2 | APPX0229 - APPX0234 |
| 6 | Excerpts from U.S. Patent No. 10,640,509 B2 | APPX0235 - APPX0237 |
| 7 | Excerpts from U.S. Patent No. 11,090,302 B2 | APPX0238 - APPX0241 |
| 8 | Excerpts from U.S. Patent No. 11,771,696 B2 | APPX0242 - APPX0246 |
| 9 | Excerpts from U.S. Patent No. 11,820,777 B2 | APPX0247 - APPX0250 |
| 10 | Excerpts from U.S. Patent No. 12,263,164 B2 | APPX0251  - APPX0255 |
| 11 | Excerpts from Provisional Application 61/974,665 | APPX0256 - APPX0270 |
| 12 | Excerpts from Provisional Application 62/035,777 | APPX0271 - APPX0282 |
| 13 | Excerpts from Provisional Application 62/188,468 | APPX0283 - APPX0292 |
| 14 | Excerpts from Provisional Application 62/271,708 | APPX0293 - APPX0303 |
| 15 | Excerpts from File History of U.S. Patent Application No. 15/112,968 (issued as the U.S. 10,272,083 B2 Patent) | APPX0304 - APPX0367 |
| 16 | Excerpts from File History of U.S. Patent Application No. 16/863,033 (issued as the U.S. 11,059,829 B2 Patent) | APPX0368 - APPX0401 |