# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACERTA PHARMA B.V., et al., <br><br> Plaintiffs <br><br> v. <br><br> CIPLA LIMITED, et al., <br><br> Defendants. | C.A. No. 24-587-GBW <br> (Consolidated) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on May 30, 2025, true and correct copies of *Defendants' Initial Invalidity Contentions* and accompanying documents were served via electronic mail upon the following:

WILLIAMS & CONNOLLY LLP
David I. Berl
Stanley E. Fisher
Alexander S. Zolan
Kevin Hoagland-Hanson
Jeffrey G. Ho
Min Kyung Jeon
680 Main Avenue, S.W.
Washington, DC 20024
dberl@wc.com
sfisher@wc.com
azolan@wc.com
khoagland-hanson@wc.com
jho@wc.com
mjeon@wc.com

McCARTER & ENGLISH, LLP
Daniel M. Silver
Alexandra M. Joyce
Renaissance Center
405 N. King Street, 8th Floor
Wilmington, DE 19801
dsilver@mccarter.com
ajoyce@mccarter.com

Dated: June 2, 2025

**K&L GATES LLP**

*/s/ Matthew B. Goeller*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000

steven.caponi@klgates.com
matthew.goeller@klgates.com

*Of Counsel:*

Anil H. Patel
Adam S. Berlin
609 Main Street, Suite 4150
Houston, TX 77002
Phone: (713) 815-7300
anil.patel@klgates.com
adam.berlin@klgates.com

Peter Giunta
599 Lexington Avenue
New York, NY 10022
Phone: (212) 536-3900
peter.giunta@klgates.com

Harold Storey
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 623-7580
harold.storey@klgates.com
Jenna.Bruce@klgates.com

*Attorneys for Defendants Cipla Ltd. and Cipla USA Inc.*

James S. Green, Jr. (No. 4406)
R. Karl Hill (No. 2747)
**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-7607
jsgreen@svglaw.com
khill@svglaw.com

OF COUNSEL:

Richard J. Berman
Janine A. Carlan
Bradford C. Frese
Saukshmya Trichi
**ARENTFOX SCHIFF LLP**
1717 K St. NW

2

Washington, DC 20006
(202) 857-6000
richard.berman@afslaw.com
janine.carlan@afslaw.com
bradford.frese@afslaw.com
saukshmya.trichi@afslaw.com

*Attorneys for Defendants*
*MSN Pharmaceuticals Inc. and*
*MSN Laboratories Private Ltd.*